No. 501. COBB v. NATIONAL SURETY Co. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Howard B. Warren* for petitioner. No appearance for respondent.

No. 502. LAFAYETTE WORSTED Co. v. PAGE, COLLECTOR OF INTERNAL REVENUE. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Laurence Arnold Tanzer* and *James Craig Peacock* for petitioner. *Solicitor General Biggs, Messrs. Erwin N. Griswold* and *J. Louis Monarch,* and *Miss Louise Foster* for respondent.

No. 503. ROSENBLOOM FINANCE CORP. v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. W. W. Spalding* for petitioner. *Solicitor General Biggs* and *Messrs. J. Louis Monarch, Edward H. Horton,* and *H. Brian Holland* for respondent.

No. 508. SOUTHERN REALTY CORP. ET AL. v. HEATH ET AL. November 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Benjamin Harrison Powell* and *Paul Carrington* for petitioners. *Mr. James V. Allred* for respondents.

No. 510. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR v. ELTING, COLLECTOR OF CUSTOMS. November 13, 1933. Petition for writ of certiorari to the Circuit